

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

January 27, 2021

RE:20-cv-08549-SVK  Arroyo v. Campbell Foothills Venture, LLC

Default is entered as to Campbell Foothills Venture, LLC a Delaware Limited Liability Company on January 27, 2021.

Susan Y. Soong, Clerk

by:  Patty Cromwell
Case Systems Administrator

*Rev. 7-19*