MICHAEL D. BRUNO  (SBN: 166805)
mbruno@grsm.com
SCOTT M. MCLEOD  (SBN: 242035)
smcleod@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3126
Facsimile:  (415) 986-8054

Attorneys for Defendants
FREMONT HOTEL OPERATING COMPANY, LLC
CAMPBELL FOOTHILLS VENTURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, | CASE NO.  5:20-CV-08549-SVK |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER** |
| vs. | |
| CAMPBELL FOOTHILLS VENTURE, LLC, a Delaware Limited Liability Company; | |
| CAMPBELL TYLER PACIFIC III, LLC, a Delaware Limited Liability Company; | |
| FREMONT HOTEL OPERATING COMPANY, LLC, a Texas Limited Liability Company | |
| Defendants. | |

**STIPULATION**

Whereas, Plaintiff Rafael Arroyo ("Plaintiff") filed his complaint in the above-captioned matter on or about December 3, 2020 against Campbell Foothills Venture, LLC ("CFV"); Campbell Tyler Pacific III, LLC ("CTP"); and Fremont Hotel Operating Company ("Fremont") [ECF 1].

Whereas, on or about January 14, 2021 Fremont Answered the Complaint [ECF 9];

Whereas, on or about January 22, 20121, Plaintiff requested entry of default of Defendant CFV [ECF 13];

-1-

Whereas, on January 27, 2021, the Court entered default against Defendant CFV [ECF 15];

Whereas, Plaintiff agrees to set aside the default of Defendant CFV so that CFV may Answer the Complaint;

NOW, THEREFORE, Plaintiff and Defendant, stipulate as follows:

1. The default entered by the Court against Defendant CFV shall be set aside; and
2. The Answer submitted herewith shall be filed by the court.

Dated: February 2, 2021         GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Scott M. McLeod*
Michael D. Bruno
Scott M. McLeod
Attorneys for Defendants
FREMONT HOTEL OPERATING COMPANY, LLC
CAMPBELL FOOTHILLS VENTURE, LLC

Dated:  February 2, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ *Amanda Seabock*
Raymond Ballister, Jr.
Russell Handy
Amanda Seabock
Zachary Best
Attorneys for Plaintiff

*Pursuant to Local Rule 5-1(i)(3), filer attests that all signatories listed, and on whose behalf the filing submitted, concur in the filing's content and have authorized the filing.

### ORDER

Pursuant to the Stipulation of the Parties, and **GOOD CAUSE APPEARING:**

**IT IS SO ORDERED.**

Dated: February 3, 2021         _____
Hon. Susan van Keulen